**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| DAVID L. OLDEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-07-453-M |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of the Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

On January 24, 2008, United States Magistrate Judge Valerie K. Couch issued a Report and

Recommendation in this action brought pursuant to 42 U.S.C. § 405(g) for judicial review of the

final decision of the Commissioner of the Social Security Administration ("Commissioner") denying

plaintiff's application for disability insurance benefits and supplemental security income benefits.

The Magistrate Judge recommended the Commissioner's decision be reversed and remanded for

further administrative proceedings.  The parties were advised of their right to object to the Report

and Recommendation by February 13, 2008.  A review of the file reveals no objection has been

filed.

Upon de novo review, the Court:

(1)     ADOPTS the Report and Recommendation issued by the Magistrate Judge on
        January 24, 2008;

(2)     REVERSES the decision of the Commissioner;

(3)     REMANDS for further administrative proceedings consistent with the Report and
        Recommendation; and

(4)     ORDERS that judgment issue forthwith in accordance with the provisions of sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED this 28th day of February, 2008.**


_____
VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE